HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TYLER R PHILLIPS,

    Petitioner,

  v.

JEFFREY A UTTECHT,

    Respondent.

CASE NO. C20-5030RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 9], recommending denial of Petitioner §2254 habeas petition, and dismissal without prejudice. Petitioner Phillips has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Phillips' §2254 habeas petition is **DISMISSED** without prejudice;

(3) For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability; and

The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

IT IS SO ORDERED.

Dated this 8th day of June, 2020.

Ronald B. Leighton
United States District Judge